IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BLUE HILL SPECIALTY INSURANCE COMPANY**                                **PLAINTIFF**

**VS.**                                                   **CIVIL ACTION NO.:  3:23-cv-236-HTW-LGI**

**GOOD TIME TRUCKING, LLC;**
**JERRY GARLAND, SR.;**
**ROBERT KELLY; AND**
**JOHN AND JANE DOES 1-10**                                                **DEFENDANTS**

## AGREED FINAL JUDGMENT

BEFORE THE COURT is the Motion of the Plaintiff, Blue Hill Specialty Insurance Company, for Summary Judgment [Doc. 18], seeking entry of a judgment, pursuant to Rule 57 of the Federal Rules of Civil Procedure against the Defendants, Good Time Trucking, LLC, Jerry Garland, Sr., and Robert Kelly, and the Court, having considered said Motion for Summary Judgment and the briefs of the parties herein, and being advised that the Plaintiff and Defendants agree to entry of this Agreed Final Judgment, the Court finds that Blue Hill Specialty Insurance Company's Motion for Summary Judgment is well-taken and should be granted.

THE COURT HEREBY FINDS, ORDERS, AND ADJUDICATES AS FOLLOWS:

1. That this Court has jurisdiction over the subject matter and the persons involved in this action, and venue is proper in this Court.

2. That, at all times pertinent hereto, Good Time Trucking, LLC was the named insured on a commercial auto policy numbered 01970851-0 (the "Policy") issued by Blue Hill Specialty Insurance Company.  The Policy period was March 23, 2020, to March 23, 2021.

3. That the Policy provides a combined single limit of liability of One Hundred Thousand Dollars ($100,000.00) in coverage for bodily injury liability.

4. That Blue Hill Specialty Insurance Company is entitled to a judgment declaring that the Policy does not provide any coverage exceeding the $100,000 liability limit.

5. That Blue Hill Specialty Insurance Company had no affirmative duty to advise the insured, Good Time Trucking, LLC, of its coverage needs or issue the policy with higher liability limits.

6. That Blue Hill Specialty Insurance Company did not breach any duty owed to Good Time Trucking, LLC and/or Jerry L. Garland, Sr.

7. That Blue Hill Specialty Insurance Company owed no duty to Robert Kelly, who was not an insured under the Policy.

8. That Blue Hill Specialty Insurance Company has no obligation, in any manner whatsoever, to defend, indemnify, respond to, pay, or adjust any claim arising from an accident on May 4, 2020, involving Robert Kelly, in excess of the One Hundred Thousand Dollars ($100,000.00) limit of liability afforded under the Policy.

9. That Good Time Trucking, LLC, Jerry L. Garland, Sr., and Robert Kelly, and/or any other persons are enjoined from making any claim against the Policy, policy numbered 01970851-0, for payment under any provision which exceeds the One Hundred Thousand Dollars ($100,000.00) liability limit, regardless of whether such claim is brought through theory of contract, contribution, assignment, or any other legal theory.

10. That this action shall be and hereby is dismissed with prejudice, with each party to bear its own costs and expenses.

SO ORDERED AND ADJUDGED, this the 26th, day of September, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ C. Maison Heidelberg
C. Maison Heidelberg (MB #9559)
HEIDELBERG PATTERSON WELCH WRIGHT
368 Highland Colony Parkway
Ridgeland, MS  39157
601-790-1588
mheidelberg@hpwlawgroup.com
**Attorney for Blue Hill Specialty Insurance Company**


/s/ William A. Graves
William A. Graves (MSB: 105679)
MORGAN & MORGAN, PLLC
4450 Old Canton Road, Suite 200
Jackson, MS  39211
(601)503-1659
wgraves@forthepeople.com
**Attorneys for Robert Kelly**


/s/ James F. Noble III
James F. Noble III (8507)
NOBLE & NOBLE, PLLC
P.O. Box 3293
Jackson, MS  39158
(601)856-1400
jnoble@noble-lawfirm.com
**Attorneys for Good Time Trucking, LLC**
**And Jerry L. Garland, Sr.**